UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND Celebrex MARKET SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ) MDL NO. 1699 ) ) STIPULATION AND ORDER ) OF DISMISSAL ) WITH PREJUDICE |
| *This document relates to:* **ELNORA MARIE PAYTON** **Plaintiff,** v. **PFIZER INC.** **Defendant.** | ) ) ) ) ) ) ) ) ) Case No. 3:06-cv-05584-CRB ) |

It is hereby STIPULATED by and between all parties, through the respective counsel and pursuant to the Federal Rules of Civil Procedure 41(a)(1), that the claims of Plaintiff Elnora Marie Payton in this action are dismissed with prejudice. Court costs are to be paid by party incurring same.

DATED: March 25, 2009

By _____
John David Hart
State Bar No. 09147700
Law Offices of John David Hart
201 Main Street, Suite 1720
Fort Worth, TX 76102
817/870-2102
817/332-5858 (Fax)
johnhart@hartlaw.com

**ATTORNEY FOR PLAINTIFF**

DATED: __9/14/2009__                           By____/s/ John Dougherty_____
                                                     John Dougherty
                                                     DLA Piper LLP (US)
                                                     6225 Smith Avenue
                                                     Baltimore, MD 21209
                                                     410-580-3000
                                                     410-580-3001 (Fax)

                                                     **ATTORNEY FOR DEFENDANT**

**PURSUANT TO THE TERMS SET FORTH IN PARTIES' STIPULATION, IT IS SO ORDERED.**

Dates: __Sept. 16, 2009_____

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA